

FILED
FEB 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiffs, )   No. CR-F-03-5111-AWI
)
vs. )   ORDER
)
ANAGEL ELIAZOR NORIEGA- )
VALENSUELA )
    Defendant. )

An amended judgment having been filed in the above-entitled case reducing the mandatory penalty assessment to $100 from $200 originally ordered. The $100 overpayment shall be returned to the defendant.

DATED: 2-24-10

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1